JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MYEONGSHIM KIM,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-CV-02038-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petitioner's Unopposed Petition for Writ of Habeas Corpus filed on April 30, 2026.

Date: May 28, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge